**AKERMAN LLP**
ROBERT R. YAP (SBN 263763)
Email: robert.yap@akerman.com
725 South Figueroa Street, 38th Floor
Los Angeles, California 90017-5433
Telephone: (213) 688-9500
Facsimile: (213) 627-6342

**AKERMAN LLP**
DENNIS N. LUECK, JR. (SBN 292414)
Email: dennis.lueck@akerman.com
ASHLEY E. CALHOUN (SBN 270530)
Email: ashley.calhoun@akerman.com
1900 Sixteenth Street, Ste. 1700
Denver, Colorado 80202
Telephone: (303) 260-7712
Facsimile: (303) 260-7714

Attorneys for Defendant
NAVIENT SOLUTIONS, LLC, f/k/a
NAVIENT SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| AMIR KOHANDANI,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NAVIENT SOLUTIONS, INC., ET AL.,<br><br>　　　　Defendants. | Case No. 2:16-cv-06844 PA (ASx)<br>Assigned to the Hon. Percy Anderson<br><br>**ORDER DENYING STIPULATION FOR EXTENSION OF DEADLINES AND CONTINUANCE OF THE TRIAL DATE**<br><br>**AMENDED SCHEDULING ORDER**<br><br>Complaint Filed:　September 12, 2016<br>Former Trial Date:　July 25, 2017<br><br>1. Establishing a Discovery Cut-off Date of August 11, 2017<br><br>2. Setting Motion Cut-off date of August 18, 2017<br><br>3. Setting Final Pretrial Conference for September 15, 2017, at 1:30 p.m.<br><br>4. Setting Jury Trial Date of October 24, 2017, at 9:00 a.m. |

**IT IS HEREBY ORDERED:**

　　1.　　The stipulation lodged by plaintiff Amir Kohandani, defendant Equifax Information Services LLC, defendant TransUnion LLC, and defendant Navient

1  Solutions, LLC, f/k/a Navient Solutions, Inc. (**NSL**), by and through counsel of record,
2  pursuant to Fed. R. Civ. P. 6(b)(1)(A), Local Rules 16-9, 16-14, 40-1, and Court's
3  Orders (Standing (ECF 18); Scheduling (ECF 52)), is HEREBY DENIED.

DATED: April 18, 2017

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE

AKERMAN LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342

{41458720;1}  2  CASE NO. **2:16-CV-06844 PA (ASX)**
**ORDER GRANTING STIPULATION FOR EXTENSION OF DEADLINES AND CONTINUANCE OF THE TRIAL DATE**