**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Amir Kohandani

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AMIR KOHANDANI,**<br><br>Plaintiff,<br><br>v.<br><br>**NAVIENT SOLUTIONS, INC.; CENTRAL CREDIT SERVICES LLC; FINANCIAL ASSET MANAGEMENT SYSTEMS, INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; AND, TRANS UNION LLC,**<br><br>Defendants. | **Case No.:** CV16-6844 PA (ASx)<br><br>**PLAINTIFF AMIR KOHANDANI'S CONTENTIONS OF FACT AND LAW PURSUANT TO L.R. 16-4**<br><br>**HON. PERCY ANDERSON** |

*KAZEROUNI LAW GROUP, APC*
*245 FISCHER AVENUE, UNIT D1*
*COSTA MESA, CA 92626*

**TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Plaintiff AMIR KOHANDANI ("Mr. Kohandani") submits the following Memorandum of Contentions of Fact and Law in accordance with Local Rule 16-4:

## 1. L.R. 16-4.1 – CLAIMS AND DEFENSES

### a. MR. KOHANDANI HAS PLEADED AND PLANS TO PURSUE THE FOLLOWING CLAIMS:

Claim 1: Defendant NAVIENT SOLUTIONS, INC. ("Navient") violated the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code § 1788, et seq. ("RFDCPA").

Claim 2: Navient violated the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. ("FCRA").

Claim 3: Navient violated the California Consumer Credit Reporting Agencies Act, Cal. Civ. Code § 1785.1, et seq. ("CCCRAA")

Claim 4: Navient violated the California Identity Theft Act, Cal. Civ. Code § 1798.92, et seq. ("CITA").

### b. THE ELEMENTS REQUIRED TO ESTABLISH MR. KOHANDANI'S CLAIMS ARE AS FOLLOWS:

**Elements Required to Establish Mr. Kohandani's Claim for Violation of the RFDCPA**

Pursuant to Cal. Civ. Code § 1788.17, "every debt collector collecting or attempting to collect a consumer debt shall comply with the provisions of [15 U.S.C.] sections 1692b to 1692j, inclusive…" As such, the same elements that Mr. Kohandani must prove to allege a violation of the FDCPA are also the same elements that Mr. Kohandani must prove to allege a violation of the RFDCPA. These elements are as follows:

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

1.  Mr. Kohandani is a "debtor" as defined by Cal. Civ. Code § 1788.2(h).

2.  NSL was attempting to collect a "consumer debt" as that term is defined by Cal. Civ. Code § 1788.2(f).

3.  NSL is a "debt collector" as defined by Cal. Civ. Code § 1788.2(c).

4.  NSL violated at least one section of the RFDCPA.

## Elements Required to Establish Mr. Kohandani's Claim for Violation of the FCRA

1.  NSL is a "furnisher of information" pursuant to the FCRA.

2.  NSL reported information regarding Mr. Kohandani to the Credit Bureaus.

3.  The information reported by NSL was inaccurate.

4.  Mr. Kohandani disputed the information NSL reported to the credit bureaus.

5.  NSL verified the information reported to the Credit Bureaus.

6.  NSL failed to conduct a reasonable investigation regarding the information reported to the Credit Bureaus.

## Elements Required to Establish Mr. Kohandani's Claim for Violation of the CCCRAA

1.  NSL reported information regarding Mr. Kohandani to the Credit Bureaus.

2.  NSL knew or should have known the information reported to the Credit Bureaus was inaccurate.

## <u>Elements Required to Establish Mr. Kohandani's Claim for Violation of CITA</u>

1. Mr. Kohandani provided NSL written notice that Ms. Cutler was the victim of identity theft.

2. NSL failed to diligently investigate Mr. Kohandani's claims.

3. NSL continued to pursue Mr. Kohandani for the debt.

   c. **BRIEF DESCRIPTION OF THE KEY EVIDENCE IN SUPPORT OF MR. KOHANDANI'S CLAIMS**

Mr. Kohandani plans to offer the following key evidence in support of Mr. Kohandani's RFDCPA claims.

1. The loan origination documents;

2. Mr. Kohandani's disputes regarding the validity of the debt at issue herein;

3. Mr. Kohandani's testimony;

4. The testimony of Mr. Kohandani's experts; and,

5. NSL's testimony.

Mr. Kohandani plans to offer the following key evidence in support of Mr. Kohandani's FCRA; and, CCCRAA claims.

1. The loan origination documents;

2. Mr. Kohandani's Credit Reports;

3. Mr. Kohandani's disputes regarding the validity of the debt at issue herein;

4. NSL's investigation results following Mr. Kohandani's disputes;

**PLAINTIFF AMIR KOHANDANI'S CONTENTIONS OF FACT AND LAW PURSUANT TO L.R. 16-4**

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

5. Mr. Kohandani's testimony;

6. The testimony of Mr. Kohandani's experts; and,

7. NSL's testimony.

Mr. Kohandani plans to offer the following key evidence in support of Mr. Kohandani's claims brought pursuant to CITA.

1. Mr. Kohandani, provided written notice to NSL that Mr. Kohandani was the victim of identity theft.

2. Mr. Kohandani's notice to Navient explained the basis for Mr. Kohandni's belief that Mr. Kohandani was the victim of identity theft.

3. Mr. Kohandani's notice to Navient included a copy of a police report.

4. NSL received Mr. Kohandani's written notice.

5. NSL failed to diligently investigate Mr. Kohandani's identity theft claim.

6. NSL continued to pursue Mr. Kohandani for Mr. Kohandani's alleged debt.

**d. KEY EVIDENCE IN OPPOSITION TO DEFENDANT'S STATUTE OF LIMITATIONS AFFIRMATIVE DEFENSE:**

Mr. Kohandani contends that Defendant's Statute of Limitations Affirmative Defense lacks merit since the violation is ongoing as of the date of this filing.

**e. MR. KOHANDANI DOES NOT ANTICIPATE EVIDENTIARY ISSUES.**

**f. IDENTIFICATION OF DISPUTES REGARDING ISSUES OF LAW:** Statutes of Limitations

**2. L.R. 16-4.2 – [ABROGATED]**

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

3. **L.R. 16-4.3 BIFURCATION OF ISSUES** – The Parties request bifurcation of damages as well as Defendant's bad faith affirmative defense.

4. **L.R. 16-4.4 – JURY TRIAL**

   **a.** A timely demand for a jury trial has been made.

Mr. Kohandani wishes to exercise Mr. Kohandani' Seventh Amendment right to a jury trial on the issues of NSL's violations.

Fed. Rul. Civ. Proc. 38(b) provides that a party may demand trial by jury through, *inter alia,* "serving the other parties with a written demand – which may be included in a pleading." L.R. 38-1 provides:

> If the demand for a jury trial is included in a pleading, it shall be set forth at the end thereof and be signed by the attorney for the party making the demand. The caption of such a pleading shall also contain the following 'DEMAND FOR JURY TRIAL.'

Mr. Kohandani formally demanded a trial by jury in Mr. Kohandani's Complaint in compliance with L.R. 38-1.

5. **L.R. 16-4.5 – ATTORNEYS' FEES**

Mr. Kohandani asserts that attorneys' fees are recoverable under all statutes at issue herein. Specifically, Cal. Civ. Code § 1788.30(c) of the RFDCPA; Cal. Civ. Code § 1798.93(c)(5) of CITA; 15 U.S.C. § 1681n(a)(3) of the FCRA; and, Cal. Civ. Code § 1785.31(d) of the CCCRAA all permit Mr. Kohandani to recover Mr. Kohandani's attorneys' fees; and, costs if successful on these claims.

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

**6. L.R. 16-4.6 – ABANDONMENT OF ISSUES**

Mr. Kohandani abandoned Mr. Kohandani's Fair Debt Collection Practices Act claim.

Date: June 2, 2017                          **KAZEROUNI LAW GROUP, APC**

By:  /s Matthew M. Loker
           MATTHEW M. LOKER, ESQ.
           ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

A copy of the foregoing *Plaintiff's Contentions of Fact and Law Pursuant to L.R. 16-4* has been sent to counsel of record this 2nd day of June 2017 through the Court's electronic filing system.  All parties may access the foregoing via the Court's electronic filing system.

           /s/ Matthew M. Loker
           Matthew M. Loker

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626