**AKERMAN LLP**
ROBERT R. YAP (SBN 263763)
Email: robert.yap@akerman.com
601 West Fifth Street, Suite 300
Los Angeles, California 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342

**AKERMAN LLP**
DENNIS N. LUECK, JR. (SBN 292414)
Email: dennis.lueck@akerman.com
ASHLEY E. CALHOUN (SBN 270530)
Email: ashley.calhoun@akerman.com
1900 Sixteenth Street, Ste. 1700
Denver, Colorado 80202
Telephone: (303) 260-7712
Facsimile: (303) 260-7714

Attorneys for Defendant
NAVIENT SOLUTIONS, LLC f/k/a
NAVIENT SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| AMIR KOHANDANI,<br><br>Plaintiff,<br><br>v.<br><br>NAVIENT SOLUTIONS, INC.; CENTRAL CREDIT SERVICES LLC; FINANCIAL ASSET MANAGEMENT SYSTEMS, INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; AND, TRANS UNION LLC,<br><br>Defendants. | Case No. 2:16-cv-06844 PA (ASx)<br>Assigned to the Hon. Percy Anderson<br><br>**DEFENDANT NAVIENT SOLUTIONS, LLC F/K/A NAVIENT SOLUTIONS, INC.'S PROPOSED VOIR DIRE QUESTIONS**<br><br>Complaint Filed: September 12, 2016<br>Trial Date: July 25, 2017 |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** pursuant to the Court's Scheduling Order (ECF 52), Defendant Navient Solutions, LLC f/k/a Navient Solutions, Inc. (**NSL**) hereby submits the following Proposed Voir Dire Questions.

1. Have you or anyone close to you been the victim of identity theft? If so:
   a. What happened?
   b. Did you make a claim of any kind?
   c. Did you file a case?
   d. What was the outcome?

2. Have you or anyone close to you had a loan where the servicer of the loan made a mistake in handling an account? If so:
   a. What happened?
   b. Did you make a claim of any kind?
   c. Did you file a case?
   d. What was the outcome?

3. Have you or anyone close to you had a student loan serviced by Sallie Mae or Navient? If so,
   a. Have you ever had any issues with the servicing of the loan(s)?
   b. What happened?
   c. What was the outcome?

Dated: June 16, 2017

By: /s/ Ashley E. Calhoun
Dennis N. Lueck, Jr.
Ashley E. Calhoun
Robert R. Yap
Attorneys for Defendant
NAVIENT SOLUTIONS, LLC f/k/a
NAVIENT SOLUTIONS, INC.

AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342

# PROOF OF SERVICE

I am employed in the City and County of Denver, Colorado. I am over the age of 18 and not a party to the within action. My business address is 1900 Sixteenth Street, Suite 1700, Denver, Colorado 80202.

On June 16, 2017, I served the following document:

**DEFENDANT NAVIENT SOLUTIONS, LLC F/K/A NAVIENT SOLUTIONS, INC.'S PROPOSED VOIR DIRE QUESTIONS**

on the persons below as follows:

| Attorney | Telephone/ Facsimile/Email | Party |
|---|---|---|
| Matthew M. Loker<br>Seyed Abbas Kazerounian,<br>Kazerouni Law Group APC<br>245 Fischer Avenue, Suite D1<br>Costa Mesa, CA 92626 | Telephone: (800) 400-6808<br>Facsimile: (800) 520-5523<br>Email: ml@kazlg.com<br>Email: ak@kazlg.com | *Counsel for Plaintiff* |
| Joshua B. Swigart, Esq.<br>Hyde & Swigart<br>2221 Camino Del Rio South<br>Suite 101<br>San Diego, CA 92108 | Telephone: (619) 233-7770<br>Facsimile: (619) 297-1022<br>Email: josh@westcoastlitigation.com | *Counsel for Plaintiff* |

☐ (MAIL) I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Los Angeles, California.

☐ (OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by Federal Express , an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery paid or provided for.

☐ (MESSENGER SERVICE) I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed and provided them to a professional messenger service for service. A separate Personal Proof of Service provided by the professional messenger service will be filed under separate cover.

☐ (FACSIMILE) Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

☐ (E-MAIL or ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ (CM/ECF ELECTRONIC FILING) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on June 16, 2017, at Denver, Colorado.

Sarah Peasley  
(Type or print name)

*/s/ Sarah Peasley*  
(Signature)