JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| AMIR KOHANDANI,<br><br>Plaintiff,<br><br>v.<br><br>NAVIENT SOLUTIONS, INC.; CENTRAL CREDIT SERVICES LLC; FINANCIAL ASSET MANAGEMENT SYSTEMS, INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; AND, TRANS UNION LLC,<br><br>Defendants. | Case No. 2:16-cv-06844 PA (ASx)<br>Assigned to the Hon. Percy Anderson<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: September 12, 2016<br>Trial Date: July 25, 2017 |

Based upon the Stipulation between Plaintiff Amir Kohandani (**Plaintiff**) and the remaining Defendant, Navient Solutions, LLC f/k/a Navient Solutions, Inc. (**NSL**), and good cause appearing, IT IS HEREBY ORDERED this action is dismissed with prejudice in its entirety. Dismissal shall serve as a final judgment on the merits in favor of NSL. The parties shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED**.

DATED: October 2, 2017

_____
The Honorable Percy Anderson
United States District Court Judge

1  Case No. 2:16-cv-06844 PA (ASx)
[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE